

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 03-30013-03 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MARVIN EUGENE CHAPPELL | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant Marvin Eugene Chappell's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc. #321) is hereby **DENIED**.

MONROE, LOUISIANA, this 25 day of July, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE