UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:03-CR-30013-03** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **MARVIN EUGENE CHAPPELL (03)** | **MAG. JUDGE KAREN L. HAYES** |

# ORDER

Before the Court is a Letter Motion by pro se Defendant, Marvin Eugene Chappell. [Doc. No. 429]. Pursuant to his motion, Defendant informs the Court that the Bureau of Prisons ("BOP") has not recognized the reduction to his sentence granted by the Court on February 18, 2020. He additionally takes issue with the portion of the Court's Ruling reducing his sentence which notes he is deemed a "career offender" under the sentencing guidelines. [Doc. No. 429]. As to Defendant's first issue, it appears BOP has now updated Defendant's release date.[1] Should Defendant still contest BOP's calculation of his release date, he must first exhaust his administrative remedies, and then he may file a petition pursuant to 28 U.S.C. § 2241 with this Court. *See Warren v. Miles*, 230 F.3d 688, 694 (5th Cir. 2000); *Williams v. Willis*, 765 Fed.Appx. 83 (5th Cir.2019). As to Defendant's second issue, the Court finds it adequately addressed same in its prior Ruling. [*See* Doc. No. 425 at 5, n.3]. The Court additionally notes the reduced sentence was a non-guideline sentence, which varied downward from the sentencing guideline range.

---

[1] *See* https://www.bop.gov/inmateloc/ reflecting a projected release date of November 29, 2023 (last visited Apr. 13, 2020).

In light of the foregoing, no further action will be taken on Defendant's Letter Motion, and the Clerk of Court is INSTRUCTED to terminate same. [Doc. No. 429].

SIGNED this 13th day of April, 2020.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE